IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01387-PAB-KLM

VISTA POINTE TOWNHOMES ASSOCIATION, INC.,

    Plaintiff,

v.

SEQUOIA INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Unopposed Motion to Amend Scheduling Order to Extend the Discovery Deadline** [#30][1] (the "Motion"). In the Motion, Plaintiff requests extension of the discovery deadline beyond the March 2, 2015 deadline for filing dispositive motions. It is unusual to engage in discovery after the dispositive motions deadline. However, if the parties wish to extend the dispositive motions deadline, they must request that relief in a motion.

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Civil Scheduling Order entered on July 31, 2014 [#22] is amended to extend the following deadline:

- Discovery Deadline                                            **April 1, 2015**

    Dated: December 22, 2014

---

[1] "[#30]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.