IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01387-PAB-KLM

VISTA POINTE TOWNHOMES ASSOCIATION, INC.,

    Plaintiff,

v.

SEQUOIA INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Sequoia Insurance Company's Motion to Compel** [#33][1] (the "Motion") and **Defendant Sequoia Insurance Company's Notice of Withdrawal of Motion to Compel** [#38] (the "Notice"), filed as a motion. While the Notice was filed as a motion, it does not request relief from the Court. Instead it informs the Court that the documents Defendant sought through the Motion were produced and the Motion "is no longer necessary." *Notice* [#38] at 1. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#33] is **DENIED as moot** and, to the extent the Notice [#38] requires a ruling, it is also **DENIED as moot**.

    Dated: February 17, 2015

---

[1] "[#33]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.